```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 08909
    LINDA S VICHA
                                            CHAPTER 13

                                            JUDGE: BRUCE W BLACK

        Debtor
    SSN XXX-XX-7061
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 04/11/08 .

    2.  The case was converted to Chapter 7 without confirmation, 07/30/2008.

    3.  The Debtor paid a total of $   1200.00 .

    4.  The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| FIRST HORIZON HOME LOAN | CURRENT MORTG | .00 | .00 | .00 |
| FIRST HORIZON HOME LOAN | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| AMERICAN GENERAL FINANCE | SECURED VEHIC | .00 | .00 | 897.24 |
| GMAC PAYMENT CENTER | SECURED VEHIC | .00 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CHASE BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| CHASE BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| CITIBANK | UNSECURED | NOT FILED | .00 | .00 |
| CITIBANK | UNSECURED | NOT FILED | .00 | .00 |
| GEMB | UNSECURED | NOT FILED | .00 | .00 |
| GEMB | UNSECURED | NOT FILED | .00 | .00 |
| GEMB | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| STERLING JEWELERS | UNSECURED | NOT FILED | .00 | .00 |
| JC PENNEY CO | UNSECURED | NOT FILED | .00 | .00 |
| KOHLS | UNSECURED | NOT FILED | .00 | .00 |
| LOWES | UNSECURED | NOT FILED | .00 | .00 |
| SAMS CLUB | UNSECURED | NOT FILED | .00 | .00 |
| SEARS BKRUPTCY RCVRY MGM | UNSECURED | NOT FILED | .00 | .00 |
| WFNNB/HARLEM FURNITURE | UNSECURED | NOT FILED | .00 | .00 |

        Summary of disbursements:
---

| SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|

```
--------------------------------------------------------------------------------
TOTAL CLMS ALLOWED              .00            .00            .00            .00            .00
PRINCIPAL PAID               897.24            .00            .00            .00         897.24
INTEREST PAID                   .00            .00            .00            .00            .00
TOTAL PAID                   897.24            .00            .00            .00         897.24
```

The Debtor's attorney, LEGAL HELPERS PC              , was allowed $   3500.00
and was paid $   1000.00   direct and $     233.16   through the plan.

The Trustee received $      69.60 .

Refunds to the Debtor totaled $       .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 10/09/08                    /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE